ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (No. 172009)
Assistant United States Attorney
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102
    Facsimile: (213) 894-0142
    Email: andrew.brown@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA


FILED
CLERK, U.S. DISTRICT COURT
JUN - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ARTHUR JOHN PATTERSON,<br><br>A Fugitive from the Government of the Republic of Korea. | NO. 11-1037M-FMO<br><br>[PROPOSED] ORDER OF DETENTION PENDING EXTRADITION PROCEEDINGS |

    Upon consideration of the request of the United States for the detention of fugitive ARTHUR JOHN PATTERSON pending extradition proceedings, and good cause therefor appearing,

    IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

    1.    In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725

1 | F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special
2 | circumstances rests upon the fugitive. <u>See, e.g.</u>, <u>Salerno</u>, 878
3 | F.2d at 317-18. Here, PATTERSON has failed to carry that
4 | burden.
5 | ///

2. The government alternatively requests detention on the grounds of flight risk and danger to the community, even if such special circumstances were present. The Court finds that PATTERSON does not warrant bond under these criteria either because: the Court has not been presented with adequate proposed sureties and bonds; PATTERSON previously sustained a felony conviction while on probation for another offense; and PATTERSON sustained a conviction for a violent felony in the United States and is alleged in the extradition complaint to have committed a murder in Korea.

IT IS SO ORDERED.

DATED: 6/a/11

_____
HONORABLE FERNANDO M. OLGUIN
United States Magistrate Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


/s/
_____
ANDREW BROWN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA